## Evelyn Bone, Appellant, v. Publix Great States Theatres, Inc., Appellee.

Heard in this court at the February term, 1944; opinion filed March 16, 1944. Whitnel, Browning, Listeman & Walker, for appellant; McGlynn & McGlynn, for appellee; Charles M. Whealon, of counsel. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full.

## Antoinette Janovsky, Appellee, v. Bystra Voda Building and Loan Association, Appellant.

Gen. No. 42,893.

Heard in the first division, first district, this court at the October term, 1943; opinion filed April 3, 1944. Grablowski & Kanak and Harvey L. Cavender, for appellant; Julius H. Selinger, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.